# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGELA CHESSER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1225-Orl-19DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 17)**
>
> **FILED:** June 23, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

    For the Administrative Law Judge (ALJ) to give further consideration to the medical opinions of record specifically transcript cites: 161, 169-186, 192. The ALJ will also give further consideration to Plaintiff's maximum residual functional capacity, obtain additional evidence consisting of neurological and psychological consultative examinations, with psychological testing. If necessary, based on the expanded record, the ALJ may obtain evidence from a vocational expert.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record